| | | | REPRINT DATE: 11/05/2010 | SALES DATE: 11/05/2010 |

**SIMPLE INTEREST RETAIL INSTALLMENT CONTRACT**

| Buyer (and Co-Buyer) Name and Address | Dealer/Creditor Name and Address |
|---|---|
| KAREN ELISABETH ROTH<br><br>1521 E FRANKLIN ST C307<br>CHAPEL HILL, NC 27514-2807<br>919-933-2346 | DRIVETIME CARSALES COMPANY LLC<br>3628 CAPITAL BLVD<br>RALEIGH, NC 27604-3328<br>919-334-0124 |

You, the Buyer (and Co-Buyer, if any), may buy the motor vehicle described below (the "Vehicle") for cash or on credit. The cash price is shown below as "Cash Price". By signing below, you represent that you have been quoted only one cash price for the Vehicle. The credit price is shown below as "Total Sale Price". By signing this Contract, you choose to buy the Vehicle on credit as described in this Contract. "We", "us" and "our" refer to the Dealer shown above, and, after assignment of this Contract, to DT Acceptance Corporation.

| New/Used | Model Year and Make | Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| USED | 2006 NISSAN | SENTRA | 3N1CB51D46L607958 | [X] Personal  [ ] Agricultural  [ ] Business |

Trade-In: _____ Year _____ Make _____ Model _____

### FEDERAL TRUTH IN LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate | FINANCE CHARGE<br>The dollar amount the credit will cost you | Amount Financed<br>The amount of credit provided to you or on your behalf | Total of Payments<br>The amount you will have paid when you have made all scheduled payments | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $ 800.00 |
|---|---|---|---|---|
| 20.853 % | $ 9,273.66 | $ 15,686.69 | $ 24,960.35 | $ 25,760.35 |

**Payment Schedule**

| Number of Payments | Amount of Each Payment | When Payments Are Due |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| 125 | $ 198.11 | Bi-Weekly Beginning 11/20/2010 |
| 1 Final Payment | $ 196.60 | 09/05/2015 |

**Prepayment:** If you pay off your debt early, you will not have to pay a penalty.
**Late Payment:** You must pay a late charge on the part of each payment not made within 10 days after the date the payment is due. The charge is 5 percent of the late amount or $6.00, whichever is less.
**Security Interest:** You are giving a security interest in the Vehicle being purchased.
Please read this Contract for additional information on security interests, non-payment, default, and our right to require repayment of your debt in full before the scheduled maturity date.

You agree to pay a finance charge on the Amount Financed at the Annual Percentage Rate shown above. This rate is referred to in this Contract as the Contract Rate.

### NOTICE TO THE BUYER

THIS IS A CONSUMER CREDIT DOCUMENT. DO NOT SIGN THIS CONTRACT BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACES. YOU ACKNOWLEDGE RECEIPT OF A TRUE AND COMPLETELY FILLED IN COPY OF ALL PAGES OF THIS CONTRACT AT THE TIME YOU SIGN IT.

X _[signature]_ Retail Sales Contract           X Retail Sales Contract
Buyer Signs                                      Co-Buyer Signs

X Retail Sales Contract
Co-Signer Signs
By signing below, the Dealer/Creditor accepts this Contract.

X DriveTime     By: _[signature]_     Title: _[signature]_
Dealer

EXHIBIT A

ANCRC1V02 (10/28/07)                    119003029201                    Page 1 of 4

Case 11-80336   Doc 17-1   Filed 05/10/11   Page 1 of 4

| INSURANCE | ITEMIZATION OF AMOUNT FINANCED |
|---|---|
| YOU MAY OBTAIN INSURANCE ON THE VEHICLE FROM A PERSON OF YOUR CHOICE THAT IS AUTHORIZED TO SELL SUCH INSURANCE AND IS ACCEPTABLE TO US. LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED. | 1. Cash Price (Including Hwy Use tax of $ 478.21, any accessories, their installation, and taxes) $ 16,418.69 (1) <br> 2. Down Payment <br> Cash Down Payment $ 800.00 <br> Trade-In Allowance $ .00 <br> Trade-In Payoff $ .00 <br> Payoff To: _____ <br> Net Trade-In (Description Above) $ .00 <br> **Total Down Payment** $ 800.00 (2) <br> 3. Unpaid Balance of Cash Price (1 minus 2) $ 15,618.69 (3) |
| **NOTICES REQUIRED BY FEDERAL LAW** | 4. Amounts Paid to Others on Your Behalf <br> (a) To Public Officials <br> (i) License, title & registration fees $ 68.00 <br> (ii) Filing fees $ N/A <br> (iii) Taxes (SC Property Tax not in Cash price above) $ .00 <br> *(b) Other Charges: <br> *To DriveTime for Documentation Fees $ .00 <br> *To N/A for N/A $ N/A <br> Total Amounts Paid to Others on Your Behalf (a plus b) $ 68.00 (4) <br> *Dealer may retain or receive a portion of these amounts |
| Used motor vehicle buyers guide. If you are buying a used vehicle with this Contract, federal regulations may require a special buyers guide to be displayed on the window of the vehicle. THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE. | 5. Balance of Cash Price and Other Charges (3 plus 4) $ 15,686.69 (5) |
| NOTICE - ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER. | 6. Amount Financed $ 15,686.69 (6) |

**Payments:** You jointly and severally agree to make all payments when they are due according to the Payment Schedule shown in the Federal Truth in Lending Disclosure Box on the first page of this Contract. You may prepay this Contract at any time without penalty.

**Security Interest:** To secure your obligations, you give us a security interest in the Vehicle, all accessions, attachments, accessories and equipment placed in or on the Vehicle and all proceeds of the Vehicle. You also give us a security interest in all money or goods received for the Vehicle and all insurance premiums, service and other contracts we finance. The security interest secures payment of all amounts you owe in this Contract and performance of your other agreements in this Contract. You will not grant anyone else a security interest, lien or any other claim to the Vehicle without our express prior written consent. We reserve our right of setoff (we can apply funds we owe you to what you owe us under the Contract) to the extent not prohibited by applicable law.

**Finance Charges:** This is a simple interest Contract. The finance charges you pay will depend on how you make your payments. Your actual finance charges may be more than the disclosed Finance Charges if you make your payments late or in less than the scheduled amount. We will apply payments to late charges, Finance Charges and to the unpaid balance of the cash price and other charges in any manner we choose unless we are required by law to apply payments in a particular order. Finance Charges are earned by applying the Contract Rate to the unpaid Balance of Cash Price and Other Charges for the time such balance is owed. The Dealer may receive a portion of the Finance Charges.

**Use of Vehicle:** You must take care of the Vehicle. You must obey all laws in using it. You must keep the Vehicle in your possession at the Buyer's address shown above, unless we approve another address in writing. You may not sell or rent the Vehicle. You must keep it free from the claims of others. You will not take it out of the United States without our prior written consent. You will immediately tell us of any change in your address or the address where the Vehicle is regularly kept. You agree not to add to the Vehicle any accessories, equipment or any other property in which any other person has an ownership or security interest.

**Warranties Seller Disclaims:** Unless the Seller makes an express warranty, or enters into a service contract within 90 days from the date of this Contract, **the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or fitness for a particular purpose.** This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide. Only the manufacturer or supplier shall be liable for performance under their warranties.

**Vehicle Insurance:** You must insure yourself and us for the term of this Contract against loss of or damage to the Vehicle with a policy in the Buyer's name acceptable to us. You will maintain comprehensive fire, theft and collision coverage, insuring the Vehicle for at least the Vehicle's fair market value. You will name us as loss payee and provide whatever evidence of insurance we request. We must approve the type and amount of insurance. If you do not maintain the required insurance you will be in default. We may buy substantially similar coverage at your expense.

# STATE OF NORTH CAROLINA

MVR 191 (Rev 05/07)

## CERTIFICATE OF TITLE



| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE | BODY STYLE |
|---|---|---|---|
| 3N1CB51D46L607958 | 2006 | NISS | 4S |

| TITLE NUMBER | TITLE ISSUE DATE | PREVIOUS TITLE NUMBER |
|---|---|---|
| 77303410324622Z | 12/01/2010 | 7724850B0044003 |

MAIL TO:
D T ACCEPTANCE CORP
PO BOX 2997
PHOENIX AZ 85062-2997

ODOMETER READING: 073099
ODOMETER STATUS:
TITLE BRANDS:

OWNER(S) NAME AND ADDRESS
KAREN ELISABETH ROTH
1521 E FRANKLIN ST APT C307
CHAPEL HILL NC 27514-2807

The Commissioner of Motor Vehicles of the State of North Carolina hereby certifies that an application for a certificate of title for the herein described vehicle has been filed pursuant to the General Statutes of North Carolina and based on that application, the Division of Motor Vehicles is satisfied that the applicant is the lawful owner. Official records of the Division of Motor Vehicles reflect vehicle is subject to the liens, if any, herein enumerated at the date of issuance of this certificate.

As WITNESS, his hand and seal of this Division of the day and year appearing in this certificate as the title issue date.

*Michael Robertson*
COMMISSIONER OF MOTOR VEHICLES

FIRST LIENHOLDER:
D T ACCEPTANCE CORP
PO BOX 2997
PHOENIX AZ 85062-2997
DATE OF LIEN 11/05/2010
LIEN RELEASED BY:
SIGNATURE _____
TITLE _____ DATE _____

SECOND LIENHOLDER:        DATE OF LIEN
LIEN RELEASED BY:
SIGNATURE _____
TITLE _____ DATE _____

THIRD LIENHOLDER:        DATE OF LIEN
LIEN RELEASED BY:
SIGNATURE _____
TITLE _____ DATE _____

FOURTH LIENHOLDER:        DATE OF LIEN
LIEN RELEASED BY:
SIGNATURE _____
TITLE _____ DATE _____

ADDITIONAL LIENS:

EXHIBIT B

83870795
22Z  T1C2229

**ANY ALTERATIONS OR ERASURES VOID TITLE**





*Southeastern Edition*

**NADA**

EXPANDED MILEAGE TABLE NOW AVAILABLE!

OFFICIAL USED CAR GUIDE

2004 THROUGH 2011 PASSENGER CARS LIGHT-DUTY TRUCKS

Since 1933

2011 - MAY - 2011

## 138 NISSAN

PASSENGER CARS

| Rough Trade-In | Average Trade-In | Clean Trade-In | Body Type | Model Number | MSRP | Weight | Clean Loan | Clean Retail |
|---|---|---|---|---|---|---|---|---|
| | | 700 | Deduct W/out Air Conditioning | | | | 700 | 700 |
| | | 600 | Deduct W/out Automatic Trans. (Ex. Base) | | | | 600 | 600 |
| **2007 MAXIMA-V6** | | | | | | | **Mileage Class: III** | |
| 12125 | 13600 | 14825 | Sedan 4D SE | A41 | 28050 | 3591 | 13350 | 18125 |
| 13725 | 15250 | 16500 | Sedan 4D SL | A41 | 30300 | 3579 | 14850 | 19875 |
| **2007 350Z-V6-6 Spd./AT** | | | | | | | **Mileage Class: III** | |
| 11275 | 12725 | 13925 | Coupe 2D | BZ34 | 27900 | 3339 | 12550 | 17150 |
| 12175 | 13650 | 14875 | Coupe 2D Enthusiast | BZ34 | 29600 | 3344 | 13400 | 18175 |
| 13300 | 14825 | 16075 | Coupe 2D Touring | BZ34 | 32700 | 3380 | 14475 | 19450 |
| 14575 | 16125 | 17400 | Coupe 2D GT | BZ34 | 36100 | 3391 | 15675 | 20825 |
| 15950 | 17525 | 18825 | Coupe 2D NISMO | BZ34 | 38070 | 3352 | 16950 | 22325 |
| 14750 | 16300 | 17575 | Roadster 2D Enthusiast | BZ36 | 35550 | 3578 | 15825 | 21000 |
| 15650 | 17225 | 18525 | Roadster 2D Touring | BZ36 | 37900 | 3598 | 16675 | 22000 |
| 16450 | 18050 | 19350 | Roadster 2D GT | BZ36 | 40250 | 3600 | 17425 | 22875 |
| | | | **MAXIMA/350Z OPTIONS** | | | | | |
| | | 375 | Add Bose Stereo (Std. SL, Touring, GT) | | | | 375 | 425 |
| | | 525 | Add Leather Seats (Std. SL, Touring, GT) | | | | 525 | 600 |
| | | 800 | Add Navigation System | | | | 800 | 900 |
| | | 650 | Add Power Sunroof | | | | 650 | 725 |
| | | 100 | Add Theft Recovery System | | | | 100 | 125 |
| **NISSAN** | | | | | | | | |
| **2006 SENTRA-4 Cyl.** | | | | | | | **Mileage Class: I** | |
| 5050 | 5975 | 6725 | Sedan 4D 1.8 | CB51 | 13100 | 2513 | 6075 | 9025 |
| 5400 | 6350 | 7100 | Sedan 4D 1.8 S | CB51 | 15100 | 2581 | 6400 | 9425 |
| 6100 | 7075 | 7850 | Sedan 4D SE-R | AB51 | 18000 | 2761 | 7075 | 10250 |
| 6475 | 7450 | 8250 | Sedan SE-R Spec V (6 Spd.) | AB51 | 18200 | 2710 | 7425 | 10675 |
| | | 200 | Add Aluminum/Alloy Wheels (Std. SE-R) | | | | 200 | 225 |
| | | 500 | Add Power Sunroof | | | | 500 | 575 |
| | | 250 | Add Rockford Fosgate Stereo | | | | 250 | 300 |
| | | 550 | Deduct W/out Air Conditioning | | | | 550 | 550 |
| | | 475 | Deduct W/out Automatic Trans. (Ex. Spec V) | | | | 475 | 475 |
| **2006 ALTIMA-4 Cyl.** | | | | | | | **Mileage Class: II** | |
| 6625 | 7700 | 8575 | Sedan 4D (5 Spd.) | AL11 | 17650 | | 7725 | 11200 |
| 7725 | 8850 | 9775 | Sedan 4D S | AL11 | 19500 | 3041 | 8800 | 12500 |
| 8925 | 10100 | 11050 | Sedan 4D SL | AL11 | 23350 | | 9950 | 13875 |
| 9800 | 11000 | 11975 | Sedan 4D SL (V6) | BL11 | 27300 | 3396 | 10800 | 14850 |
| 8950 | 10125 | 11075 | Sedan 4D SE (V6) | BL11 | 23500 | 3227 | 9975 | 13900 |
| 10425 | 11650 | 12625 | Sedan 4D SE-R (V6, AT/6 Spd.) | BL11 | 29550 | 3279 | 11375 | 15550 |
| | | 250 | Add Aluminum/Alloy Wheels (Std. SL, SE, SE-R) | | | | 250 | 300 |
| | | 325 | Add Bose Stereo System (Std. SL, SE-R) | | | | 325 | 375 |
| | | 400 | Add Leather Seats (Std. SL, SE-R) | | | | 400 | 450 |
| | | 700 | Add Navigation System | | | | 700 | 800 |
| | | 225 | Add Power Seat (Std. SL, SE, SE-R) | | | | 225 | 250 |
| | | 550 | Add Power Sunroof (Std. SL V6, SE-R) | | | | 550 | 625 |
| | | 650 | Deduct W/out Air Conditioning | | | | 650 | 650 |
| | | 550 | Ded W/out Automatic Trans. (Ex. Base, SE-R) | | | | 550 | 550 |
| **2006 MAXIMA-V6** | | | | | | | **Mileage Class: III** | |
| 8900 | 10275 | 11400 | Sedan 4D SE | A41 | 27750 | 3447 | 10275 | 14475 |
| 9775 | 11175 | 12325 | Sedan 4D SL | A41 | 30000 | 3493 | 11100 | 15475 |
| **2006 350Z-V6-6 Spd./AT** | | | | | | | **Mileage Class: III** | |
| 9100 | 10475 | 11600 | Coupe 2D | AZ34 | 27450 | 3339 | 10450 | 14700 |
| 9900 | 11300 | 12450 | Coupe 2D Enthusiast | AZ34 | 29150 | 3344 | 11225 | 15600 |

ADJUST FOR MILEAGE
SOUTHEASTERN EDITION - MAY 2011    H

## NISSAN 139

PASSENGER CARS

| Rough Trade-In | Average Trade-In | Clean Trade-In | Body Type | Model Number | MSRP | Weight | Clean Loan | Clean Retail |
|---|---|---|---|---|---|---|---|---|
| 10950 | 12400 | 13600 | Coupe 2D Touring | AZ34 | 32250 | 3380 | 12250 | 16825 |
| 11350 | 12800 | 14000 | Coupe 2D Track | AZ34 | 34350 | 3370 | 12600 | 17250 |
| 12150 | 13625 | 14850 | Coupe 2D GT | AZ34 | 35650 | 3391 | 13375 | 18150 |
| 12175 | 13650 | 14875 | Roadster 2D Enthusiast | AZ36 | 34850 | 3578 | 13400 | 18175 |
| 13000 | 14500 | 15750 | Roadster 2D Touring | AZ36 | 37450 | 3598 | 14175 | 19100 |
| 13800 | 15325 | 16575 | Roadster 2D GT | AZ36 | 39800 | 3600 | 14925 | 19950 |
| | | | **MAXIMA/350Z OPTIONS** | | | | | |
| | | 350 | Add Bose Stereo (Std. SL, Touring, GT) | | | | 350 | 400 |
| | | 475 | Add Leather Seats (Std. SL, Touring, GT) | | | | 475 | 550 |
| | | 750 | Add Navigation System | | | | 750 | 850 |
| | | 600 | Add Power Sunroof | | | | 600 | 675 |
| | | 600 | Deduct W/out Automatic Trans. (Ex. 350Z) | | | | 600 | 600 |
| **NISSAN** | | | | | | | | |
| **2005 SENTRA-4 Cyl.** | | | | | | | **Mileage Class: I** | |
| 3950 | 4825 | 5525 | Sedan 4D 1.8 | CB51 | 12500 | 2513 | 4975 | 7700 |
| 4250 | 5125 | 5850 | Sedan 4D 1.8 S | CB51 | 14500 | 2581 | 5275 | 8050 |
| 4850 | 5775 | 6525 | Sedan 4D SE-R | AB51 | 17400 | 2761 | 5875 | 8800 |
| 5225 | 6150 | 6900 | Sedan 4D SE-R Spec V (6 Spd.) | AB51 | 17600 | 2710 | 6225 | 9225 |
| | | 200 | Add Aluminum/Alloy Wheels (Std. SE-R) | | | | 200 | 225 |
| | | 450 | Add Power Sunroof | | | | 450 | 500 |
| | | 225 | Add Rockford Fosgate Stereo | | | | 225 | 250 |
| | | 500 | Deduct W/out Air Conditioning | | | | 500 | 500 |
| | | 425 | Deduct W/out Automatic Trans. (Ex. Spec V) | | | | 425 | 425 |
| **2005 ALTIMA-4 Cyl.** | | | | | | | **Mileage Class: II** | |
| 5375 | 6400 | 7225 | Sedan 4D (5 Spd.) | AL11 | 17250 | 3001 | 6525 | 9725 |
| 6325 | 7400 | 8275 | Sedan 4D S | AL11 | 19050 | 3041 | 7450 | 10875 |
| 7375 | 8475 | 9375 | Sedan 4D SL | AL11 | 23400 | 3104 | 8450 | 12075 |
| 8150 | 9300 | 10225 | Sedan 4D SL (V6) | BL11 | 26900 | 3296 | 9225 | 12975 |
| 7475 | 8600 | 9500 | Sedan 4D SE (V6) | BL11 | 23100 | 3227 | 8550 | 12200 |
| 8650 | 9800 | 10750 | Sedan 4D SE-R (V6, AT/6 Spd.) | BL11 | 29200 | 3279 | 9675 | 13550 |
| | | 200 | Add Aluminum/Alloy Wheels (Std. SL, SE, SE-R) | | | | 200 | 225 |
| | | 275 | Add Bose Stereo System (Std. SL, SE-R) | | | | 275 | 325 |
| | | 350 | Add Leather Seats (Std. SL, SE-R) | | | | 350 | 400 |
| | | 600 | Add Navigation System | | | | 600 | 675 |
| | | 200 | Add Power Seat (Std. SL, SE, SE-R) | | | | 200 | 225 |
| | | 500 | Add Power Sunroof (Std. SL V6, SE-R) | | | | 500 | 575 |
| | | 600 | Deduct W/out Air Conditioning | | | | 600 | 600 |
| | | 500 | Ded W/out Automatic Trans. (Ex. Base, SE-R) | | | | 500 | 500 |
| **2005 MAXIMA-V6** | | | | | | | **Mileage Class: III** | |
| 7325 | 8625 | 9700 | Sedan 4D SE | A41 | 27100 | 3436 | 8750 | 12650 |
| 8200 | 9525 | 10625 | Sedan 4D SL | A41 | 29350 | 3492 | 9575 | 13650 |
| **2005 350Z-V6-6 Spd./AT** | | | | | | | **Mileage Class: III** | |
| 8025 | 9350 | 10450 | Coupe 2D | AZ34 | 26500 | 3188 | 9425 | 13450 |
| 8725 | 10075 | 11200 | Coupe 2D Enthusiast | AZ34 | 28450 | 3197 | 10100 | 14250 |
| 9000 | 10375 | 11500 | Coupe 2D Performance | AZ34 | 30650 | 3217 | 10350 | 14575 |
| 9625 | 11025 | 12175 | Coupe 2D Touring | AZ34 | 31800 | 3247 | 10975 | 15300 |
| 9900 | 11300 | 12450 | Coupe 2D Track | AZ34 | 34300 | 3225 | 11225 | 15600 |
| 11075 | 12525 | 13725 | Coupe 2D Anniversary | AZ34 | 36100 | 3229 | 12675 | 16950 |
| 10175 | 11600 | 12775 | Roadster 2D Enthusiast | AZ36 | 34050 | 3428 | 11500 | 15950 |
| 10875 | 12325 | 13525 | Roadster 2D Touring | AZ36 | 36450 | 3462 | 12175 | 16750 |
| 11600 | 13075 | 14275 | Roadster 2D GT | AZ36 | 39200 | 3536 | 12850 | 17550 |
| | | | **MAXIMA/350Z OPTIONS** | | | | | |
| | | 300 | Add Bose Stereo (Std. SL, Touring, Anniv., GT) | | | | 300 | 350 |

ADJUST FOR MILEAGE
SOUTHEASTERN EDITION - MAY 2011    H

EXHIBIT